hundred pounds for that the s<sup>d</sup> Woodcock in the month. of aug° 1676. did apprehend the s<sup>d</sup> John Sutton upon his own land at Connihasset in hingham and delivered him the s<sup>d</sup> Sutton as a Felon to the Constable of Hingham and was so carryed by the s<sup>d</sup> Constable to Boston before authority, the s<sup>d</sup> Woodcock chargeing the s<sup>d</sup> Sutton with Stealing his hey or grass whereby the s<sup>d</sup> Sutton is defam<sup>d</sup> with all due damages etc. . . . The Jury . . . found for [453] the plaint. six Shillings eight pence mony damages & costs of Court allowed thirty four Shillings ten pence.

## WARREN agt. MORE

Humphry Warren plaint. ag<sup>t</sup> Richard More Iunio<sup>r</sup> Defend<sup>t</sup> in an action of the case for that the s<sup>d</sup> Richard More late Master of the Katch Hopewell did in the month of August last fraudulently take to himselfe wages for Richard Earle who ran away from s<sup>d</sup> Vessell in Barbados some weekes before not proceeding the Voyage hee was Ship't for with due damages etc. . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> Eleven Shillings ten pence.

## GREEN agt. VICARS

William Green plaint. ag<sup>t</sup> George Vicars of Nantasket Senio<sup>r</sup> Defend<sup>t</sup> in an action of the case for refuseing to give an acco<sup>t</sup> of Fifteen hundred Cod Fish put into his hands by the order of s<sup>d</sup> Green whereby the plaint. is very much damnified with other due damages etc. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> nineteen Shillings 6<sup>d</sup>

Execution issued. 22° aug° 1677.@

## FREAKE ag<sup>t</sup> STONE

Elisabeth Freake adm<sup>x</sup> to m<sup>r</sup> John Freake plaint. ag<sup>t</sup> John Stone Defend<sup>t</sup> the plaint. withdrew her action upon Judgem<sup>t</sup> acknowledged.

## HIGGS ag<sup>t</sup> SCOTTO etc.

Edward Higgs plaint. ag<sup>t</sup> John Scotto and John Jndicott Exec<sup>rs</sup> of the last will of Andrew Sheppard Defend<sup>t</sup> in an action of the case for not paying the summe of thirty Seven pound one Shilling in mony due from s<sup>d</sup> Scotto and Jndicott as Exec<sup>rs</sup> aboves<sup>d</sup> to the now plaint.